560

No. 858. HIGHWAY ENGINEERING & CONSTRUCTION Co. v. HILLSBOROUGH COUNTY. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Peter O. Knight, C. Fred Thompson, George C. Bedell* and *John Bell* for petitioner. *Mr. W. F. Himes* for respondent.

No. 859. SHEEHAN, ADMINISTRATRIX, v. NEW YORK, N. H. & H. R. Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas J. O'Neill* for petitioner. *Mr. Edward R. Brumley* for respondent.

No. 861. FRANKLIN LIFE INS. Co. v. STAATS. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jerome F. Barnard* for petitioner. *Mr. A. B. Cole* for respondent.

No. 863. ATCHISON, T. & S. F. RY. Co. v. TAYLOR. April 25, 1938. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Charles H. Woods* for petitioner. *Messrs. Walter H. Newton* and *Mortimer H. Boutelle* for respondent.

No. 865. MOTOR WHEEL CORP. v. RUBSAM CORP. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Carroll R. Taber* and *James G. Martin* for petitioner. *Mr. Justin R. Whiting* for respondent.